**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 414 MAL 2021

                Respondent                       :

                                            :    Petition for Allowance of Appeal
                                            :    from the Order of the Superior Court

                 v.                               :

                                               :

WALTER S. CHRUBY,                       :

                  Petitioner                    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 15th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.